885 FRAZER (Pros. Atty.) vs. RECORDERS' COURT JUDGE (Detroit), No. 16072; 4 D. L. N., 61; 70 N. W., 1042.

To vacate an order granting a new trial, in a criminal case, where three full terms of court had expired after conviction and sentence.

Granted April 27, 1897.

Held, that the statute, How.'s., Sec. 9576, limits the time within which a new trial may be granted and the order was without jurisdiction and is void.